IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL KEITH REYES,

    Plaintiff,

vs.                                                                                       Civ. No. 09-512 JCH/RHS

BETSY LYNN SNOW and LAURA DAILEY,

    Defendants.

**ORDER GRANTING MOTION TO STAY DISCOVERY**
**UNTIL THE COURT RULES ON DEFENDANT**
**LAURA DAILEY'S DISPOSITIVE MOTION**

    **THIS MATTER** comes before the Court on Defendant Laura Dailey's Motion to Stay Discovery Until the Court Rules on Defendant Laura Dailey's Dispositive Motion [docket no. 10]. The Motion is joined by Defendant Betsy Lynn Snow (docket no. 15). The Court has now considered the Motion together with Plaintiff's Responsive pleading (docket no. 12) as amended (docket no. 13) as well as all of the pleadings on file in the above-captioned cause and hereby concludes that the motion is well-taken and should be granted. The Court concurs with the arguments and authorities propounded by Defendant Dailey and that the threshold question of qualified immunity must be resolved until discovery is allowed. *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982).

    **IT IS ORDERED THAT** Defendant Laura Dailey's Motion to Stay Discovery Until the Court Rules on Defendant Laura Dailey's Dispositive Motion (docket no. 10) is hereby granted and discovery is also stayed as to Defendant Betsy Lynn Snow who has joined Defendant Bailey's motion to dismiss and to stay discovery (docket no. 15).

**IT IS FURTHER ORDERED** that Plaintiff's request for oral argument is hereby deferred to the trial court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Memorandum Brief in Support of Defendant Laura Dailey's Motion to Dismiss (docket no. 12) as amended (docket no. 13) is denied.

*Robert Hayes Scott*
_____
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE